# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00491-CR

**Anthony Puckett, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. 2024076, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Anthony Puckett seeks to appeal from a judgment of conviction for aggravated assault. The trial court has certified that Puckett waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Kidd and Patterson

Dismissed

Filed:   August 29, 2003

Do Not Publish